

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2020

No. 04-19-00724-CV

Leticia Antoinette **BOYD,**
Appellant

v.

**WESTWOOD PLAZA APARTMENTS,**
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV07739
Honorable J Frank Davis, Judge Presiding

# O R D E R

Appellant's brief was due by January 22, 2020. Neither the brief nor a motion for extension of time has been filed.

We therefore **ORDER** appellant to file her appellant's brief and a written response reasonably explaining her failure to timely file the brief **by February 18, 2020**. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a).

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court